United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH STELLA,

    Plaintiff,

    v.

THE HERTZ CORPORATION,

    Defendant.

No. C-13-0052 MMC

**ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; CONTINUING CONFERENCE TO JUNE 21, 2013**

    Before the Court is the parties' Joint Request to Continue Case Management Conference, filed April 8, 2013, which request includes plaintiff's request that his counsel be permitted to appear telephonically at the Case Management Conference.

    In light of the pending motion to transfer, scheduled for hearing on May 10, 2013, the Case Management Conference is hereby CONTINUED from April 12, 2013 to June 21, 2013.[1] An updated Joint Case Management Statement shall be filed no later than June 14, 2013.

    Further, all counsel shall appear telephonically at the Case Management Conference.

    **IT IS SO ORDERED.**

Dated: April 9, 2013

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] Although the parties request the Case Management Conference be continued to May 10, 2013, the same date as the hearing on the motion to transfer, the Court finds it appropriate to resolve the question of venue prior to the Case Management Conference.