IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STELLA, | No. C-13-0052 MMC |
|     Plaintiff, | **ORDER TRANSFERRING ACTION TO SOUTHERN DISTRICT OF CALIFORNIA** |
|   v. | |
| THE HERTZ CORPORATION, | |
|     Defendant. / | |

By order filed May 6, 2013, the Court directed plaintiff Joseph Stella to show cause, in writing and no later than May 24, 2013, why the above-titled action should not be transferred to the Southern District of California, pursuant to 28 U.S.C. § 1404(a). Stella has not filed a response.

Accordingly, for the reasons stated in the Court's order of May 6, 2013, the above-titled action is hereby TRANSFERRED to the Southern District of California.

**IT IS SO ORDERED.**

Dated: June 4, 2013

MAXINE M. CHESNEY
United States District Judge